PASQUALE CAVALLO, Suing on Behalf of Himself and All Creditors of GIUSEPPE MARESCA, Respondent, *v.* WILLIAM T. EMMET et al., as Receivers of the PEOPLE'S SURETY COMPANY OF NEW YORK, Appellants.

*Cavallo* v. *People's Surety Co. of N. Y.*, 161 App. Div. 924, affirmed. (Submitted January 8, 1915; decided January 26, 1915.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 7, 1914, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover upon a surety bond given pursuant to chapter 185 of the Laws of 1907, as amended by chapter 479 of the Laws of 1908.

*Allan C. Rowe* and *M. J. Wright* for appellants.

*Jeremiah J. Coughlan, Joseph N. Tuttle* and *Anthony J. Romagna* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, HOGAN, MILLER and CARDOZO, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JULIAN BURROWS, Appellant.

*People* v. *Burrows*, 164 App. Div. 911, affirmed. (Argued January 11, 1915; decided January 26, 1915.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 7, 1914, which affirmed a judgment of the Jefferson County Court rendered upon a verdict convicting the defendant of the crime of attempted rape in the first degree.

*N. F. Breen* and *Henry C. Teepell* for appellant.

*Claude B. Alverson, District Attorney,* for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN, CUDDEBACK, HOGAN, CARDOZO and SEABURY, JJ.